IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARCO ANTONIO GAYTAN CHAVEZ, )<br>  )<br>Petitioner, )<br>  )<br>v. )<br>  )<br>DEPARTMENT OF HOMELAND )<br>SECURITY, )<br>  )<br>Respondent. ) | No. 2:26-cv-02210-SHL-cgc |

**ORDER REQUIRING SERVICE AND STAYING TRANSFER**

On February 27, 2026, Petitioner Marco Antonio Gaytan Chavez filed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) But the Petition was marked deficient on March 3 for inconsistently identifying the respondents and incorrectly naming the cause of action, and Gaytan Chavez's counsel was given one business day to correct the deficiency. (ECF No. 6.) Eight days later, counsel filed an Amended Complaint.[1] (ECF No. 8.) Gaytan Chavez challenges his detention "under a statute that does not apply" without "any individualized custody review," which "violates substantive and procedural due process." (Id. at PageID 35.) He seeks a bond hearing or his immediate release. (Id.) He states that he served Respondent on March 11. (Id. at PageID 37.)

Upon review of the Petition, it is **ORDERED** as follows:

(1) Gaytan Chavez shall, within **five days** of this Order, **serve a copy of this Order (ECF No. 9)** on Respondent, and ensure that a copy is delivered to the United States Attorney

---

[1] Despite the untimeliness of the amendment, the Court will still consider the Amended Petition. Gaytan Chavez's counsel is cautioned to monitor the progress of his cases and to respond in a timely fashion in the future.

for the Western District of Tennessee at the following address:

>Stuart Canale, Assistant United States Attorney
>United States Attorney's Office
>167 North Main Street
>Suite 800
>Memphis, TN 38103

Additionally, Gaytan Chavez shall deliver a copy of this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Failure to fully comply with this requirement may justify dismissal of the Petition. See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

(2) Within **five days** after Gaytan Chavez fully complies with the above requirement, Respondent shall respond to the Petition in writing.

(3) Gaytan Chavez may file a reply within **two days** after Respondent's responsive filing.

(4) Respondent shall not transfer Gaytan Chavez out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 12th day of March, 2026.

>s/ Sheryl H. Lipman
>SHERYL H. LIPMAN
>CHIEF UNITED STATES DISTRICT JUDGE